UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRIAN ANDREW CLARK,

                             Plaintiff,

            v.                                    1:22-CV-1264
                                                      (DNH/DJS)

NICHOLAS TANNER, *et al.*,

                             Defendants.
_____

**APPEARANCES:**

BRIAN ANDREW CLARK
Plaintiff, *Pro Se*
22-B-4563
Groveland Correctional Facility
P.O. Box 50
Sonyea, New York 14556

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

On January 26, 2023, the District Court issued an Order permitting Plaintiff's excessive force claims to proceed. Dkt. No. 7.

**ACCORDINGLY**, it is

**ORDERED**, that the Clerk shall issue a summons and forward it, along with a packet containing General Order 25, which sets forth the Civil Case Management Plan

used by the Northern District of New York, along with a copy of the Complaint, Dkt. No. 1, to the United States Marshal for service upon Defendants; and it is further

**ORDERED**, that a response to the Complaint be filed by Defendants, or their counsel, as provided for by the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that all motions shall comply with the Local Rules of Practice of the Northern District.  In accordance with the Local Rules, Plaintiff must promptly notify the Clerk's Office and all parties or their counsel of any change in Plaintiff's addresses; her failure to do so will result in the dismissal of this action; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Decision and Order upon the parties to this action.

Dated: January 30, 2023
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge